AO 10
Rev. 1/2017

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2016

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Albritton, William H. | District Court-MD Alabama | 06/06/2017 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| District Judge-Senior Status | ☐ Nomination Date <br> ☐ Initial ☑ Annual ☐ Final <br> 5b. ☑ Amended Report | 01/01/2016 <br> to <br> 12/31/2016 |

**7. Chambers or Office Address**

1 Church Street
Montgomery, AL 36104

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | 2016 | UBS Financial Services Inc. -IRA-Distributions | $12,200.00 |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Albritton, William H. | 06/06/2017 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

✔ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

✔ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Albritton, William H. | 06/06/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| | A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. | TV CABLE CO OF ANDALUSIA-COMMON STOCK | C | Dividend | L | W | | | | | |
| 2. | | | | | | | | | | |
| 3. | SERVISFIRST BANK ACCOUNTS | A | Interest | K | T | | | | | |
| 4. | | | | | | | | | | |
| 5. | BROKERAGE ACCOUNT #1 (H) | | | | | | | | | |
| 6. | -BLACKROCK GLOBAL ALLOCATION FD INC C | | None | | | Sold | 6/20/16 | K | D | |
| 7. | -UBS Bank USA Dep Acct | A | Dividend | J | T | | | | | |
| 8. | -UNTS AAM DIV RULER PRTFO SER 2016B | | None | K | T | Buy | 6/21/16 | K | | |
| 9. | | | | | | | | | | |
| 10. | TRUST #1 | | | | | | | | | |
| 11. | -UBS Bank USA Dep Acct | B | Dividend | J | T | | | | | |
| 12. | -EXXON MOBIL CORP | | None | M | T | | | | | |
| 13. | | | | | | | | | | |
| 14. | | | | | | | | | | |
| 15. | TRUST #2 | | | | | | | | | |
| 16. | -UBS BANK USA DEP ACCOUNT | B | Int./Div. | K | T | | | | | |
| 17. | -ALTRIA GROUP INC | A | Dividend | | | Sold | 06/15/16 | K | E | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Albritton, William H. | 06/06/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18.  -APPLE INC | A | Dividend | K | T | | | | | |
| 19.  -AT&T INC | A | Dividend | | | Sold | 07/08/16 | K | A | |
| 20. | A | Dividend | K | T | Buy | 09/02/16 | K | | |
| 21.  -COCA-COLA CO COM DE | A | Dividend | J | T | | | | | |
| 22.  -GENERAL ELECTRIC | B | Dividend | L | T | | | | | |
| 23.  -GLAXOSMITHKLINE PLC ADR | A | Dividend | J | T | | | | | |
| 24.  -INTL BUSINESS MACHINES CORP IBM | A | Dividend | J | T | Buy (add'l) | 09/02/16 | K | | |
| 25. | A | Dividend | J | T | Buy (add'l) | 12/12/16 | K | | |
| 26.  -MERCK & CO. INC | A | Dividend | | | Sold | 10/26/16 | K | A | |
| 27.  -NEW MEDIA INVT GROUP INC (SPINOFF OF NEWCASTLE INVESTMENT CORP) | A | Distribution | J | T | | | | | |
| 28.  -NEW SENIOR INVT REIT (SPINOFF OF NEWCASTLE INVT CORP REITS) | A | Distribution | | | Sold | 05/27/16 | J | A | |
| 29.  -PFIZER INC | A | Dividend | K | T | | | | | |
| 30.  -PHILIP MORRIS INTL INC | A | Dividend | | | Sold | 03/23/16 | K | B | |
| 31.  -PPL CORPORATION | A | Dividend | | | Sold (part) | 04/20/16 | J | B | |
| 32. | A | Dividend | | | Sold (part) | 11/15/16 | J | C | |
| 33.  -REYNOLDS AMERICAN INC | B | Dividend | K | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Albritton, William H. | 06/06/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 34. -ROYAL DUTCH SHELL PLC | A | Dividend | | | Sold | 05/27/16 | J | A | |
| 35. -VERIZON COMMUNICATIONS INC (SPINOFF OF VODAFONE GROUP PLC NEW SPON) | A | Dividend | | | Sold | 11/16/16 | J | A | |
| 36. -VODAFONE GROUP PLC SPON ADR (FORMERLY VODAFONE GROUP PLC NEW SPON) | A | Dividend | | | Sold | 05/27/16 | J | A | |
| 37. -W P CAREY INC REIT | A | Dividend | | | Sold | 06/23/16 | J | A | |
| 38. -FIRST TRUST DORSEY WRIGHT FO ETF | A | Dividend | K | T | | | | | |
| 39. -OPELIKA ALA PUB PK & REC | A | Interest | K | T | | | | | |
| 40. -LOWNDES CNTY ALA WTS | A | Interest | K | T | | | | | |
| 41. -MOBILE ALA PUB EDL BLDG | A | Interest | | | Redeemed | 04/01/16 | J | A | |
| 42. -HUNTSVILLE ALA CAP IMPT | A | Interest | K | T | | | | | |
| 43. -DAPHNE ALA WTS & IMPT | A | Interest | | | Redeemed (part) | 04/01/16 | J | A | |
| 44. | A | Interest | | | Redeemed (part) | 08/29/16 | J | A | |
| 45. -ALABAMA ST BRD ED REV | B | Interest | K | T | | | | | |
| 46. -ISHARES IBOXX$ HIGH YIELD CORP BOND FUND | B | Dividend | | | Sold (part) | 06/03/16 | J | A | |
| 47. | A | Dividend | | | Sold (part) | 06/20/16 | K | A | |
| 48. -SPDR BARCLAYS S/T HI YLD ETF | B | Dividend | | | Sold | 06/20/16 | L | A | |
| 49. -JPMORGAN CHASE & CO | | None | K | T | Buy | 12/12/16 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Albritton, William H. | 06/06/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 50. -METLIFE INC | | None | K | T | Buy | 12/12/16 | K | | |
| 51. -ALPS ETF TR ALERIAN MLP | A | Distribution | K | T | Buy | 09/02/16 | K | | |
| 52. -ABBVIE INC COM | A | Dividend | J | T | Buy | 08/03/16 | J | | |
| 53. -BLACKROCK TAXABLE MUNICIPAL BOND TRUST | D | Dividend | M | T | Buy | 06/20/16 | N | | |
| 54. | | | | | | | | | |
| 55. IRA ACCOUNT #1 | | | | | | | | | |
| 56. -UBS BANK USA DEP ACCT | A | Dividend | J | T | | | | | |
| 57. -SPDR BARCLAYS S/T HI YLD ETF | A | Dividend | | | Sold | 12/12/16 | J | A | |
| 58. -VANGUARD INTERMEDIATE TERM BOND ETF | A | Dividend | | | Sold | 12/12/16 | J | A | |
| 59. -FACEBOOK INC. CL A | | None | J | T | Buy | 12/16/16 | J | | |
| 60. | | | | | | | | | |
| 61. IRA ACCOUNT #2 | | | | | | | | | |
| 62. -UBS BANK USA DEP ACCT | A | Dividend | J | T | | | | | |
| 63. -APPLE INC | | None | J | T | | | | | |
| 64. -ASTRAZENECA PLC SPON ADR | | None | J | T | | | | | |
| 65. -AT&T INC | | None | | | Sold | 07/08/16 | J | A | |
| 66. -CENTURYLINK INC | | None | | | Sold | 11/16/16 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Albritton, William H. | 06/06/2017 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 67. -CME GROUP INC | A | Dividend | J | T | | | | | |
| 68. -COCA COLA CO COM DE | A | Dividend | J | T | | | | | |
| 69. -EXXON MOBIL CORP DE | A | Dividend | J | T | | | | | |
| 70. -FIRST TRUST DORSEY WRIGHT FO ETF | A | Dividend | J | T | | | | | |
| 71. -WELLTOWER INC REIT | | None | | | Sold | 06/23/16 | J | A | |
| 72. -HOME DEPOT INC DE | | None | | | Sold | 06/02/16 | J | A | |
| 73. -JOHNSON & JOHNSON COM | A | Dividend | J | T | | | | | |
| 74. -REYNOLDS AMERI INC (HOLDING CO) | | None | J | T | | | | | |
| 75. -NATIONAL GRID PLC NEW SPON ADR | | None | | | Sold | 06/02/16 | J | A | |
| 76. -POWERSHARES DWA CONSUMER CYC ETF | | None | | | Sold | 03/15/16 | J | A | |
| 77. -POWERSHARES DWA CONSUMER STAPL MOMENTUM | | None | | | Sold | 03/15/16 | J | A | |
| 78. -POWERSHARES DWA HEALTHCARE M ETF | | None | | | Sold | 02/05/16 | J | A | |
| 79. -POWERSHARES DYN TECHNOLOGY | | None | | | Sold | 03/15/16 | J | A | |
| 80. -POWERSHARES DWA UTILITIES MOME | | None | | | Buy | 02/05/16 | J | | |
| 81. | | None | | | Sold | 03/15/16 | J | A | |
| 82. -PFIZER INC | A | Dividend | J | T | | | | | |
| 83. -PHILLIP MORRIS INTL INC | | None | | | Sold | 03/23/16 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Albritton, William H. | 06/06/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐  NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 84.  -PPL CORP | | None | | | Sold | 11/15/16 | J | A | |
| 85.  -PROCTOR & GAMBLE CO | | None | J | T | | | | | |
| 86.  -W.P. CAREY INC REIT | | None | | | Sold | 06/23/16 | J | A | |
| 87.  -LOCORR MANAGED FUTURES STRATEGY FUND CL I | | None | | | Sold | 03/01/16 | J | A | |
| 88.  -LORD ABBETT MULTI ASSET INCOME FUND CLASS F | | None | | | Sold | 05/24/16 | J | A | |
| 89.  -VERIZON COMMUNICATIONS INC | | None | | | Sold | 11/16/16 | J | A | |
| 90.  -FT NASDAQ US MA DIVERS INC ETF | A | Dividend | J | T | | | | | |
| 91.  -FIRST TR EXCHANGE-TRADED FD IC NO AMER ENERGY | | None | J | T | | | | | |
| 92.  -ALPS ETF TR ALERIAN MLP DE | | None | J | T | Buy | 02/08/16 | J | | |
| 93.  -LONGBOARD MANAGED FUTURES STRATEGY FUND | | None | | | Buy | 03/03/16 | J | | |
| 94. | | None | | | Sold | 11/23/16 | J | A | |
| 95.  -FIRST TRUST EXCHANGE TRADED FUND II- FXU | | None | | | Buy | 03/15/16 | J | | |
| 96. | | None | | | Sold (part) | 08/19/16 | J | A | |
| 97. | | None | | | Sold (part) | 11/16/16 | J | A | |
| 98. | | None | | | Sold (part) | 11/16/16 | J | | |
| 99.  -FIRST TRUST EXCHANGE TRADED FUND II- FXZ | | None | | | Buy | 04/19/16 | J | | |
| 100. | | None | | | Sold (part) | 08/03/16 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Albritton, William H. | 06/06/2017 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 101. | | None | | | Sold (part) | 11/15/16 | J | A | |
| 102. -FIRST TRUST EXCHANGE TRADED FUND II CONSUMER-FXG | | None | | | Buy | 03/15/16 | J | | |
| 103. | | None | | | Sold (part) | 08/10/16 | J | | |
| 104. | | None | | | Sold (part) | 12/09/16 | J | | |
| 105. -FIRST TRUST EXCHANGE TRADED FD II-FXD | | None | | | Buy | 03/15/16 | J | | |
| 106. | | None | | | Sold | 04/19/16 | J | A | |
| 107. -FIRST TRUST EXCHANGE TECHNOLOGY ALPHADEX FUND-FXL | A | Dividend | J | T | Buy | 03/15/16 | J | | |
| 108. -SPDR DOUBLELINE TR TACT ETF | A | Dividend | J | T | Buy | 06/14/16 | J | | |
| 109. -GUGGENHEIM ENHANCED SHORT DURATION ETF | A | Dividend | J | T | Buy | 06/14/16 | J | | |
| 110. | | None | | | Sold (part) | 12/13/16 | J | A | |
| 111. -BLACKROCK TAXABLE MUNICIPAL BOND TRUST | A | Dividend | J | T | Buy | 06/20/16 | J | | |
| 112. -DUKE ENERGY CORP NEW DE | | None | | | Buy | 06/24/16 | J | | |
| 113. | | None | | | Sold | 11/15/16 | J | | |
| 114. -VODAFONE GROUP PLC SPN ADR | | None | | | Buy | 07/12/16 | J | | |
| 115. | | None | | | Sold | 11/16/16 | J | A | |
| 116. -MATTEL INC DE | A | Dividend | J | T | Buy | 07/19/16 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Albritton, William H. | 06/06/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 117. -FIRST TRUST INDUSTRIALS/ PRODUCER DURABLES ALPHADEXTM FUND-FXR | A | Dividend | J | T | Buy | 11/15/16 | J | | |
| 118. -FIRST TRUST FINANCIAL -FXO | A | Dividend | J | T | Buy | 11/16/16 | J | | |
| 119. -FIRST TRUST ENERGY ALPHADEX- FXN | A | Dividend | J | T | Buy | 12/09/16 | J | | |
| 120. -VALERO ENERGY CORP NEW DE | A | Dividend | J | T | Buy | 11/16/16 | J | | |
| 121. -JPMORGAN CHASE & CO DE | | None | J | T | Buy | 11/16/16 | J | | |
| 122. -INTEL CORP DE | | None | J | T | Buy | 11/16/16 | J | | |
| 123. -ROYAL DUTCH SHELL PLC CL A SPON ADR | | None | J | T | Buy | 11/16/16 | J | | |
| 124. -LOCORR MANAGED FUTURES STRATEGY FUND CL I | A | Dividend | J | T | Buy | 11/21/16 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Albritton, William H. | 06/06/2017 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ William H. Albritton**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544